SHIRLEY and Others *v.* SHIELDS and Others.—In error.

CERTAIN persons claiming to be creditors of *A.*, filed a
bill in chancery against him and his infant children, to sub-
ject certain land to the payment of the complainants' claims,
which land, it was alleged, the father had caused to be con-
veyed to his children to defraud his creditors. Some of the
complainants were judgment-creditors; the others were not.
The father answered and confessed the bill. The infants an-
swered by their guardian *ad litem* in the usual form. *Held*,
that a decree for the complainants, on no other evidence
than the father's answer, was erroneous. *Held*, also, that
those complainants who were not judgment-creditors should
not have been parties to the suit. *Kipper* v. *Glancey*, 2
Blackf. 356.—*West* v. *M'Carty*, 4 *id.* 244 (1).

*Friday, December 4.*

(1) *Vide O'Brien* v. *Coulter*, 2 Blackf. 421.